UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDAL DIVISION

CASE NO.: 07-61234-CIV
DIMITROULEAS/ROSENBAUM

ARNOLD ROSEN, Class Representative;
ARTHUR GARTER; JEROME MYER;
SUSAN SADETSKY; JULIE TREGERMAN;
SHIRLEY TROUT; CAROLA ZANELLI, et. al.,

        Plaintiffs,
v.

J.M. AUTO INC., a Florida Corporation
d.b.a. J.M. LEXUS; SOUTHEAST TOYOTA
DISTRIBUTORS L.L.C., a Delaware Corporation;
J.M. FAMILY ENTERPRISES INC., a Florida
Corporation; LEXUS U.S.A., TOYOTA MOTOR
SALES U.S.A., INC., a California Corporation,

        Defendants.
_____/

**JOINT MOTION TO OPEN ADMINISTRATIVELY CLOSED CASE FOR PURPOSES OF EFFECTUATING PARTIES' SETTLEMENT AGREEMENT**

        The Parties, by and through their undersigned counsel, jointly move this Court, pursuant to the applicable Local Rules and Federal Rules of Civil Procedure, for the entry of an Order reopening the file in the above-styled case, which was administratively closed on August 18, 2009 [DE 216], for the purpose of enabling the Court to consider a settlement agreement that the parties have reached and, in support thereof, will show this Court as follows:

        1.    This is an action for damages and equitable relief involving the occupant classification sensor system and/or air bag indicator light dedicated to the right front passenger seat in the 2007 Lexus ES350 ("Subject Vehicle").

CASE NO.: 07-61234-CIV-DIMITROULEAS/ROSENBAUM

2. On or about July 2, 2009, the Eleventh Circuit Court of Appeals granted the Defendants' Rule 23(f) Petition and agreed to consider their interlocutory appeal from this Court's January 26, 2009 Order Granting Plaintiffs' Motion for Class Certification [DE 106].

3. At the same time, the Eleventh Circuit entered an Order staying the dissemination of notice of the class action to putative class members; however, the Order did not otherwise stay the action. *See* Order Granting Application for Stay of Issuance of Class Notice, dated July 2, 2009 [DE 210], attached hereto as Exhibit A.

4. This Court, in turn, entered an Order Administratively Closing Case [DE 216], pending the Eleventh Circuit's ruling on the Defendants' appeal of its Class Certification Order, a copy of which is attached hereto as Exhibit B.

5. During the pendency of the appeal, the parties, with the assistance of mediator Bruce Greer, Esq., reached a tentative settlement agreement, the terms of which are set forth in a duly executed Mediation Settlement Agreement.

6. Among other things, that Agreement provides that, without opposition from Defendants, Plaintiffs shall file an Amended Complaint seeking relief on behalf of a nationwide class of owners and/or lessees of the Subject Vehicle.

7. The Agreement further provides that the Plaintiffs, in turn, shall file an Amended Motion for Class Certification, which is consistent with the terms and conditions of the parties' mediated Settlement Agreement.

8. The parties will then file a Joint Motion for Preliminary Court Approval of their Settlement Agreement and a proposed Order, which, among other things, shall detail, in their entirety, the terms and conditions of the Settlement Agreement.

CASE NO.: 07-61234-CIV-DIMITROULEAS/ROSENBAUM

9. In the event that this Court preliminarily approves the parties' settlement, the parties will jointly petition the Eleventh Circuit to vacate its Stay Order, so as to allow dissemination of the notice as agreed to by the parties to all putative class members for their consideration.

10. In the interim, the parties jointly agree that no further briefs will be filed in the Circuit Court. The parties will notify the Circuit Court mediator and jointly request that all briefing deadlines be tolled and extended until the District Court rules on the settlement agreement.

11. Assuming there are no successful objectors to the settlement or, alternatively, that any such objections are overruled and a Final Judgment approving the settlement is entered at the final fairness hearing, the parties will file a joint motion to dismiss the Eleventh Circuit appeal.

12. In order to facilitate the foregoing, the parties respectfully request that this Court direct the Clerk to re-open the above-styled cause, so that the parties can begin filing the aforementioned pleadings.

13. This Motion is not interposed for purposes of delay, will further the interests of justice and judicial economy and will not prejudice the rights of the parties.

WHEREFORE, the parties jointly request that this Court re-open the above-styled cause for the reasons set forth herein and for all purposes that this Court ultimately deems necessary.

CASE NO.: 07-61234-CIV-DIMITROULEAS/ROSENBAUM

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 18th day of November, 2009, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served on this day on all counsel of record identified on the below stated Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

| | |
|---|---|
| Seipp Flick, LLP<br>Attorneys for Defendants<br>2 Alhambra Plaza Ste. 800<br>Miami, FL 33134<br>(305) 995-5600 | SHELDON J. SCHLESINGER, P.A.<br>Attorneys for Plaintiffs<br>1212 Southeast Third Avenue<br>Fort Lauderdale, FL 33316<br>(954) 467-8800 |
| By:   s/Donald Blackwell<br>         Donald Blackwell<br>         Florida Bar No.: 370967 | By:   s/Jonathan R. Gdanski<br>         Jonathan R. Gdnaski<br>         Florida Bar No. 0032097 |

LAW OFFICES OF ZEFF & ZEFF P.C.
Attorneys for Plaintiffs
535 Griswold, Suite 1630
Detroit, Michigan 48226-3604

By:   s/ A. Robert Zeff
        A. Robert Zeff, Esq.
        Pro Hac Vice

4

CASE NO.: 07-61234-CIV-DIMITROULEAS/ROSENBAUM

**Service List**

**Case No. 07-61234**
**Rosen et al v. J.M. Auto Inc. et al**


**John Seipp, Esq.**
**Don Blackwell, Esq.**
**Seipp & Flick, P.A.**
Two Alhambra Plaza, Ste 800
Miami, FL 33131                                       Counsel for All Defendants

**Scott P. Schlesinger, Esq.**
**Jonathan R. Gdanksi, Esq.**
**Sheldon J. Schlesinger, P.A.**
1212 Southeast Third Ave.
Fort Lauderdale, FL 33316                             Counsel for All Plaintiffs

**A. Robert Zeff, Esq.**
**Law Offices of Zeff & Zeff P.C.**
Attorneys for Plaintiffs
535 Griswold, Suite 1630
Detroit, Michigan 48226-3604                          Counsel for All Plaintiffs