**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO.: 07-61234-CIV
DIMITROULEAS/ROSENBAUM

ARNOLD ROSEN, Class Representative; et al.,

        Plaintiffs,

  v.

J.M. AUTO INC., a Florida Corporation
d.b.a. J.M. LEXUS; SOUTHEAST TOYOTA
DISTRIBUTORS L.L.C., a Delaware Corporation;
J.M. FAMILY ENTERPRISES INC., a Florida
Corporation; LEXUS U.S.A., TOYOTA MOTOR
SALES U.S.A., INC., a California Corporation,

        Defendants.

_____/

**PLAINTIFFS' MOTION TO AMEND COMPLAINT AND**
**SUPPORTING MEMORANDUM OF LAW**

      COME NOW the Plaintiffs, Arnold Rosen, Class Representative, et al. by and through undersigned counsel and pursuant to Fed R. Civ. P. 15, and file this Motion to Amend Plaintiffs' Complaint, stating as follows:

      1.    This is an action for damages and equitable relief involving the occupant classification sensor system and/or air bag indicator light dedicated to the right front passenger seat in the 2007 Lexus ES350 ("Subject Vehicle").

      2.    Plaintiffs initiated this suit on July 18, 2007 in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida. Defendants removed the suit on

August 29, 2007 and filed a Motion to Dismiss the Plaintiffs' Complaint. This Court subsequently entered a court order denying the Defendants' Motion to Dismiss in its entirety.

3. On September 24, 2008, Plaintiff filed a Motion for Class Certification. This Court granted Plaintiffs' Motion for Class Certification on January 26, 2009 and on May 26, 2009, the Court modified the class certification Order.

1. The Defendants petitioned the Eleventh Circuit Court of Appeals for review of this Courts class certification Order. On or about July 2, 2009, the Eleventh Circuit Court of Appeals granted the Defendants' Rule 23(f) Petition and agreed to consider their interlocutory appeal from this Court's January 26, 2009 Order Granting Plaintiffs' Motion for Class Certification [DE 106].

2. At the same time, the Eleventh Circuit entered an Order staying the dissemination of notice of the class action to putative class members; however, the Order did not otherwise stay the action.  *See* Order Granting Application for Stay of Issuance of Class Notice, dated July 2, 2009 [DE 210], attached hereto as Exhibit A.

3. During the pendency of the appeal, the parties, with the assistance of mediator Bruce Greer, Esq., reached a tentative settlement agreement, the terms of which are set forth in a duly executed Mediation Settlement Agreement.

4. Among other things, that Agreement provides that, without opposition from Defendants, Plaintiffs shall file an Amended Complaint seeking relief on behalf of a nationwide class of owners and/or lessees of the Subject Vehicle.

5. The Agreement further provides that the Plaintiffs, in turn, shall file an Amended Motion for Class Certification, which is consistent with the terms and conditions of the parties' mediated Settlement Agreement.

6. Rule 15 of the Federal Rules of Civil Procedure provides:

…a party may amend the parties pleading only by leave or court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

7. Pursuant to S.D. Local Rule 15.1, a copy of the proposed Amended Complaint is attached as an exhibit to this Motion. See Exhibit B.

8. Fed. R. Civ. P. 15(a)(2) provides, in pertinent part, that "the court should freely give leave [to amend] when justice so requires." (emphasis added). Leave to amend the pleadings should be freely given in the absence of such countervailing factors as undue delay, bad faith, dilatory motive, undue prejudice or futility of amendment. *McKinley v. Kaplan*, 177 F. 3d 1253, 1258 (11th Cir. 1999); *see also Spanish Broadcasting System of Fla., Inc. v. Clear Channel Communications, Inc.*, 376 F. 3d 1065, 1077 (11th Cir. 2004) ("leave to amend must be granted absent a specific, significant reason for denial"). This Motion is not interposed for purposes of delay, will further the interests of justice and judicial economy and will not prejudice the rights of the parties.

WHEREFORE, Plaintiffs ask that this Court grant the Plaintiffs' Motion to Amend the Complaint and that the Amended Complaint in the form attached hereto as Exhibit "B" be deemed filed.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel conferred with Defendant's counsel in a good faith effort to resolve the issues raised in the instant motion. The Defendants do not oppose the relief sought herein and have consented to the Plaintiffs amending their complaint.

                Respectfully submitted,

                SHELDON J. SCHLESINGER, P.A.
                Attorneys for Plaintiffs
                1212 SE 3rd Avenue
                Fort Lauderdale, Florida 33316
                PH: (954) 467-8800
                Fax: (954) 523-4083


                <u>s/Jonathan R. Gdanski</u>
                Fl Bar No.: 0032097

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the below stated Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

SHELDON J. SCHLESINGER, P.A.
Attorneys for Plaintiffs
1212 SE 3rd Avenue
Fort Lauderdale, Florida 33316
PH: (954) 467-8800
Fax: (954) 523-4083


s/Jonathan R. Gdanski
Fl Bar No.: 0032097

<u>**Service List**</u>

<u>**Case No. 07-61234**</u>
<u>**Rosen et al v. J.M. Auto Inc. et al**</u>

Don Blackwell, Esq.
John Carl Seipp, Esq.
SEIPP FLICK
2 Alhambra Plaza
Suite 800
Miami, FL 33134
Phone: 305-995-5600
Fax: 305-995-6090