UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61234 - CIV - DIMITROULEAS

ARNOLD ROSEN, Class Representative;
ARTHUR GARTER; JEROME MYER;          Magistrate Judge Snow
SUSAN SADETSKY; MILLIE SCHWARTZ;
SHIRLEY TROUT; CAROLA ZANELLI; et al.,

      Plaintiffs,
vs.

J.M. AUTO INC, a Florida Corporation,
d.b.a. J.M. LEXUS; SOUTHEAST
TOYOTA DISTRIBUTORS L.L.C.,
a Delaware Corporation; J.M. FAMILY
ENTERPRISES INC., a Florida Corporation;
LEXUS U.S.A.; TOYOTA MOTOR SALES
U.S.A. INC., a California Corporation,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

THIS CAUSE is before the Court upon the Plaintiffs' Motion to Amend Complaint [DE 219] filed on November 25, 2009. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Motion to Amend Complaint [DE 219] is hereby **GRANTED**;

2.    Plaintiffs' Amended Complaint [DE 219-2] is hereby deemed filed as of the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of November, 2009.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record